Query • Reports • Utilities • Logout

CLOSED, JURY

# U.S. District Court
# District of South Carolina (Columbia)
# CIVIL DOCKET FOR CASE #: 3:07-cv-02774-MDL

Vanboenschoten v. Davol Inc et al
Assigned to: Unassigned - MDL
Cause: 28:1441 Notice of Removal-Product Liability

Date Filed: 08/13/2007
Date Terminated: 10/02/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **Mia Vanboenschoten** | represented by | **Gary Walton Popwell, Jr**<br>Lee Eadon Isgett and Popwell<br>PO Box 1505<br>Columbia, SC 29202<br>803-799-9811<br>Fax: 803-779-8572<br>Email: gary@leiplaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Davol Inc** | represented by | **Daniel Bowman White**<br>Gallivan White and Boyd<br>PO Box 10589<br>Greenville, SC 29603<br>864-271-9580<br>Fax: 864-271-7502<br>Email: dwhite@gwblawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephanie G Flynn**<br>Gallivan White and Boyd<br>PO Box 10589<br>Greenville, SC 29603<br>864-271-9580<br>Fax: 864-271-7502<br>Email: sflynn@gwblawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **C R Bard Inc** | represented by | **Daniel Bowman White**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephanie G Flynn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2007 | 1 | NOTICE OF REMOVAL from Lexington County, case number 2007-CP32-2695. (Filing fee $ 350 receipt number 1125848), filed by Davol Inc, C R Bard Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Notice of filing of Removal# 5 Certificate of Service)(asni, ) (Entered: 08/14/2007) |
| 08/13/2007 | 2 | Local Rule 26.01 Answers to Interrogatories by Davol Inc, C R Bard Inc.(asni, ) (Entered: 08/14/2007) |
| 08/17/2007 | 4 | NOTICE and Acknowledgment of receipt of Notice of Removal by Clerk of Court for Lexington County. (Attachments: # 1 Acknowledgement of State Court Clerk)(Flynn, Stephanie) (Entered: 08/17/2007) |
| 08/17/2007 | 5 | Consent MOTION to Stay *Pending Transfer to MDL* by Davol Inc, C R Bard Inc.Response to Motion due by 9/7/2007 (Attachments: # 1 Exhibit MDL Transfer Order# 2 Exhibit Notice of Tag-Along)Proposed order is being emailed to chambers with copy to opposing counsel(Flynn, Stephanie) Modified docket text on 8/20/2007 (cbru, ). (Entered: 08/17/2007) |
| 08/20/2007 | 7 | NOTICE regarding judge reassignment. This case is no longer assigned to Judge Seymour. The new case number is 3:07-cv-2774-MDL. (cbru, ) (Entered: 08/20/2007) |
| 08/20/2007 | 10 | ORDER granting 5 Motion to Stay. Signed by Judge Joseph F Anderson Jr on 8/20/2007.(cbru, ) (Entered: 08/20/2007) |
| 10/02/2007 | 11 | CONDITIONAL TRANSFER ORDER (CTO-4)IN RE Kugel Mesh Hernia Patch Products Liability Litigation MDL No. 1842, transferring this case to the District of Rhode Island (CA No. 07-1920) (signed by MDL Panel). (gpea, ) (Entered: 10/02/2007) |

**PACER Service Center**

**Transaction Receipt**

10/03/2007 15:50:16

| **PACER Login:** | us6061 | **Client Code:** |
|---|---|---|

| | | | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-02774-MDL |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |