STATE OF RHODE ISLAND : SUPERIOR COURT
PROVIDENCE, RI :

MIA VAN BOENSCHOTEN :
:
VS. :
: C.A. No: 07-1920
DAVOL INC. and C. R. BARD INC :

**NOTICE OF APPEARANCE**

The undersigned counsel, Jon C. Conlin, of the firm Cory, Watson, Crowder, & DeGaris, P.C., 2131 Magnolia Avenue, Birmingham, Alabama 35205, hereby gives notice of her appearance in this case as counsel on behalf of the plaintiff, Mia Van Boenschoten.

/s/ Jon C. Conlin
JON C. CONLIN
Attorney for Plaintiff

**OF COUNSEL:**
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200

**CERTIFICATION**

I hereby certify that on this 10th day of December 2007, that a true copy of the within Notice of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system. I also certify that a true copy of this document was also sent via electronic mail or first class mail to:

**Gary Walton Popwell, Jr**
Lee Eadon Isgett and Popwell
PO Box 1505
Columbia, SC 29202

**David Bowman White**
Gallivan White and Boyd
PO Box 1505
Greenville, SC 29603

/s/ Donald A. Migliori
Donald A. Migliori
RI Bar#4936
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
Telephone: 401-457-7700
Fax: 401-457-7708